IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02206-BNB

GREGORY LAY LISCO,

    Plaintiff,

v.

STATE OF COLORADO DEPARTMENT OF CORRECTIONS,
PHYSICIAN HEALTH PARTNERS, Medical Services Provider, Freemont Correctional
    Facility,
RAE TIMME, Warden, Freemont Correctional Facility,
LYNN ERICKSON, Health Services Administrator, Freemont Correctional Facility,
DR. TIM CREANY, MD, Medical Provider, Freemont Correctional Facility,
MICHAEL S. WALSH, Physician's Assistant, Freemont Correctional Facility,
JOHN DOE INCORPORATED, Medical Services Provider, Cheyenne Mountain Re-
    entry Center,
DR. WRIGHT, MD, Medical Provider, Cheyenne Mountain Re-entry Center,
NURSE SERENE BEALL, Intake Nurse, Cheyenne Mountain Re-entry Center,
OC BAKER, Intake Technician, Cheyenne Mountain Re-entry Center,
MS. TREDWAY, Case Manager, Cheyenne Mountain Re-entry Center,
MR. LONDON, Case Manager, Cheyenne Mountain Re-entry Center, and
ARISTEDES W. ZAVAR[A]S, Executive Director, Colorado Department of Corrections,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's "Motion to Disregard and/or Strike Pleading," filed on September 8, 2010 (Doc. # 6). In the Motion, Plaintiff states that he mistakenly mailed a document titled "Motion for TRO and/or Preliminary Injunction Pursuant to Fed. R. Civ. P. 65," to the Court, and requests that the Court strike that Motion from the record. The Court received Plaintiff's aforementioned "Motion for TRO and/or Preliminary Injunction Pursuant to Fed. R. Civ. P. 65," (Doc. # 5) on September 14, 2010. Accordingly, the "Motion to Disregard and/or Strike Pleading" (Doc. # 6) is GRANTED. The Clerk of the Court is directed to strike Plaintiff's "Motion for TRO and/or Preliminary Injunction Pursuant to Fed. R. Civ. P. 65" (Doc. # 5) from the record.

    Dated: September 15, 2010