**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02206-BNB

GREGORY LAY LISCO,

    Plaintiff,

v.

PHYSICIAN HEALTH PARTNERS, Medical Services Provider, Freemont Correctional
    Facility,
RAE TIMME, Warden, Freemont Correctional Facility,
LYNN ERICKSON, Health Services Administrator, Freemont Correctional Facility,
DR. TIM CREANY, MD, Medical Provider, Freemont Correctional Facility,
MICHAEL S. WALSH, Physician's Assistant, Freemont Correctional Facility,
JOHN DOE INCORPORATED, Medical Services Provider, Cheyenne Mountain Re-
    entry Center,
DR. WRIGHT, MD, Medical Provider, Cheyenne Mountain Re-entry Center,
NURSE SERENE BEALL, Intake Nurse, Cheyenne Mountain Re-entry Center,
OC BAKER, Intake Technician, Cheyenne Mountain Re-entry Center,
MS. TREDWAY, Case Manager, Cheyenne Mountain Re-entry Center,
MR. LONDON, Case Manager, Cheyenne Mountain Re-entry Center, and
ARISTEDES W. ZAVAR[A]S, Executive Director, Colorado Department of Corrections,
JOHN DOE/JANE DOE, Employee Department of Corrections,
JANE DOE/JOHN DOE, Employee Insurance Carrier, Colorado Department of
Corrections, and
JANE DOE/JOHN DOE, Employee, Department of Corrections,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Wave [sic] Payment of Filing Fees for the Month of November," filed on December 7, 2010 (Doc. # 15) is DENIED as unnecessary. Plaintiff is informed that it is not necessary for him to file a motion regarding his filing fee each month. Instead, he needs only to make a monthly payment of 20% of the preceding month's income or show cause why he cannot by filing a certified copy of his inmate account statement.

    Dated:  December 8, 2010