**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02206-BNB

GREGORY LAY LISCO,

    Plaintiff,

v.

PHYSICIAN HEALTH PARTNERS, Medical Services Provider, Freemont Correctional
    Facility,
RAE TIMME, Warden, Freemont Correctional Facility,
LYNN ERICKSON, Health Services Administrator, Freemont Correctional Facility,
DR. TIM CREANY, MD, Medical Provider, Freemont Correctional Facility,
MICHAEL S. WALSH, Physician's Assistant, Freemont Correctional Facility,
JOHN DOE INCORPORATED, Medical Services Provider, Cheyenne Mountain Re-
    entry Center,
DR. WRIGHT, MD, Medical Provider, Cheyenne Mountain Re-entry Center,
NURSE SERENE BEALL, Intake Nurse, Cheyenne Mountain Re-entry Center,
OC BAKER, Intake Technician, Cheyenne Mountain Re-entry Center,
MS. TREDWAY, Case Manager, Cheyenne Mountain Re-entry Center,
MR. LONDON, Case Manager, Cheyenne Mountain Re-entry Center, and
ARISTEDES W. ZAVAR[A]S, Executive Director, Colorado Department of Corrections,
JOHN DOE/JANE DOE, Employee Department of Corrections,
JANE DOE/JOHN DOE, Employee Insurance Carrier, Colorado Department of
Corrections, and
JANE DOE/JOHN DOE, Employee, Department of Corrections,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Directive Regarding Notice of TRO and/or Preliminary Injunction" filed on October 4, 2010 (Doc. # 10) is DENIED as unnecessary.

    Dated:  December 9, 2010