IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

FILED
UNITED STATES DISTRICT COURT
DO

DEC 2 2 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02206-REB-BNB

GREGORY LAY LISCO,

      Plaintiff,

v.

DR. TIM CREANY, MD, Medical Provider, Freemont Correctional Facility,
MICHAEL S. WALSH, Physician Assistant, Freemont Correctional Facility,
DR. WRIGHT, MD, Medical Provider, Cheyenne Mountain Re-Entry Center,
NURSE SERENE BEALL, Intake Nurse, Cheyenne Mountain Re-Entry Center,
OC BAKER, Intake Technician, Cheyenne Mountain Re-Entry Center,
MS. TREDWAY, Case Manager, Cheyenne Mountain Re-Entry Center, and
MR. LONDON, Case Manager, Cheyenne Mountain Re-Entry Center,

      Defendants.

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these

documents pursuant to Fed. R. Civ. P. 4(d);

    3. That all costs of service shall be advanced by the United States; and

    4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

    Dated December 21, 2010, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02206-REB-BNB

Gregory Lay Lisco
Doc No. 98687
Cheyenne Mtn Re-entry Center
2925 E. Las Veags St.
Colorado Springs, CO 80906

Dr. Tim Creany, and Michael S. Walsh- **WAIVER***
c/o Keith Nordl
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

US Marshal Service
Service Clerk
Service forms for: Dr. Wright, M.D., Nurse Serene Beall, OC Baker, Ms. Tredway, and Mr. London.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to Keith Nordl for service on Dr. Tim Creany, and Michael S. Walsh and the following service forms to the United States Marshal Service for process of service on Dr. Wright, M.D., Nurse Serene Beall, OC Baker, Ms. Tredway, and Mr. London: AMENDED COMPLAINT FILED 11/29/10, AMENDED ORDER TO DISMISS IN PART FILED 12/17/10, WAIVER* SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 12/22/10.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk