IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02206-REB-BNB

GREGORY LAY LISCO,

Plaintiff,

v.

DR. TIM CREANY, M.D. Medical Provider, Freemont Correctional Facility,
MICHAEL S. WALSH, Physician Assistant, Freemont Correctional Facility,
DR. WRIGHT, MD, Medical Provider, Cheyenne Mountain Re-Entry Center,
NURSE SERENE BEALL, Intake Nurse, Cheyenne Mountain Re-Entry Center,
OC BAKER, Intake Technician, Cheyenne Mountain Re-Entry Center,
MS TREDWAY, Case Manager, Cheyenne Mountain Re-Entry Center,
MR. LONDON, Case Manager, Cheyenne Mountain Re-Entry Center,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Motion to Submit Response Out of Time** [docket no. 53, filed May 3, 2011] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached response to docket no. 53, which is the response to the Motion to Dismiss (#37).


DATED:  May 4, 2011