**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02106-REB-BNB

GREGORY LAY LISCO,

    Plaintiff,

v.

DR. WRIGHT, MD, Medical Provider, Cheyenne Mountain Re-Entry Center,
NURSE SERENE BEALL, Intake Nurse, Cheyenne Mountain Re-Entry Center,
O.C. BAKER, Intake Technician, Cheyenne Mountain Re-Entry Center,
MS. TREDWAY, Case Manager, Cheyenne Mountain Re-Entry Center, and
MR. LONDON, Case Manager, Cheyenne Mountain Re-Entry Center,

    Defendants.

**ORDER ADOPTING RECOMMENDATIONS OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

This matter is before me on the following: (1) defendant **Dr. William R. Wright's Motion for Judgment on the Pleadings** [#60][1] filed July 19, 2011; (2) the **Motion for Judgment on the Pleadings** [#65] filed August 17, 2011, which motion was filed by the all other named defendants; (3) the **Recommendation of United States Magistrate Judge** [#74] filed November 9, 2011; and (4) the **Recommendation of United States Magistrate Judge** [#75] filed November 9, 2011. No objections to either recommendation have been filed by the parties. Therefore, I review the recommendations only for plain error. *See Morales-Fernandez v. Immigration &*

---

[1] "[#60]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

***Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]   Finding no error, much less plain error, in the magistrate judge's recommended dispositions, I find and conclude that recommendations both should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#74] filed November 9, 2011, is **APPROVED** and **ADOPTED** as an order of this court;

2. That the **Motion for Judgment on the Pleadings** [#65] filed August 17, 2011, is **GRANTED**;

3. That the **Recommendation of United States Magistrate Judge** [#75] filed November 9, 2011, is **APPROVED** and **ADOPTED** as an order of this court;

4. That defendant **Dr. William R. Wright's Motion for Judgment on the Pleadings** [#60] filed July 19, 2011, is **GRANTED**;

5. That under FED. R. CIV. P. 12(c), the claims asserted in the plaintiff's **Amended Prisoner Complaint** [#14] filed November 29, 2010, are **DISMISSED** with prejudice;

6. That  **JUDGMENT SHALL ENTER** in favor of the defendants, Dr. Wright, M.D., Nurse Serene Beall, O.C. Baker, Ms. Tredway, and Mr. London, against the plaintiff, Gregory Lay Lisco; and

---

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See *Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

7.  That the defendants are **AWARDED** their costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated February 27, 2012, at Denver, Colorado.

                            **BY THE COURT:**

                            */s/ Robert E. Blackburn*
                            Robert E. Blackburn
                            United States District Judge