IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02206-REB-BNB

GREGORY LAY LISCO,

    Plaintiff,

v.

DR. WRIGHT, MD, Medical Provider, Cheyenne Mountain Re-Entry Center,
NURSE SERENE BEALL, Intake Nurse, Cheyenne Mountain Re-Entry Center,
O.C. BAKER, Intake Technician, Cheyenne Mountain Re-Entry Center,
MS. TREDWAY, Case Manager, Cheyenne Mountain Re-Entry Center, and
MR. LONDON, Case Manager, Cheyenne Mountain Re-Entry Center,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, **FINAL JUDGMENT** is entered.

A. Pursuant to the **Amended Order To Dismiss in Part and To Draw Case to a District Judge and to a Magistrate Judge** [#19] entered by Senior Judge Zita L. Weinshienk on December 17, 2010, which order is incorporated by reference,

**IT IS ORDERED** as follows:

That Defendants Physician Health Partners, John Doe Incorporated, Rae Timme, Lynn Erickson, and Aristedes W. Zavaras are **DISMISSED** as parties to this action.

B. Pursuant to the **Order Adopting Recommendations of United States Magistrate Judge** [#68] entered by Judge Robert E. Blackburn on September 16, 2011,

which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That under Fed. R. Civ. P. 12(b)(6), the **Motion To Dismiss** [#37] filed February 16, 2011, by defendants, Dr. Tim Creany, M.D., and Michael S. Walsh, is **GRANTED**;

2. That all of the plaintiff's claims against defendants, Dr. Tim Creany, M.D., and Michael S. Walsh, are **DISMISSED WITH PREJUDICE**.

C. Pursuant to the **Order Adopting Recommendations of the United States Magistrate Judge** [#76] entered by Judge Robert E. Blackburn on February 27, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That the **Motion for Judgment on the Pleadings** [#65] filed August 17, 2011, is **GRANTED**;

2. That defendant **Dr. William R. Wright's Motion for Judgment on the Pleadings** [#60] filed July 19, 2011, is **GRANTED**;

3. That under Fed. R. Civ. P. 12(c), the claims asserted in the plaintiff's **Amended Prisoner Complaint** [#14] filed November 29, 2010, are **DISMISSED** with prejudice;

4. That **JUDGMENT IS ENTERED** in favor of the defendants, Dr. Wright, M.D., Nurse Serene Beall, O.C. Baker, Ms. Tredway, and Mr. London, against the plaintiff, Gregory Lay Lisco; and

5. That the defendants are **AWARDED** their costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 28th day of February, 2012.

FOR THE COURT:

Gregory C. Langham, Clerk

By: s/Edward P. Butler
      Edward P. Butler
      Deputy Clerk